USCA1 Opinion

 

 June 1, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2144 PETER N. GEORGACARAKOS, Plaintiff, Appellant, v. JAMES CLEMONS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, and ____________________ Stahl, Circuit Judge. _____________ ____________________ Peter N. Georgacarakos on brief pro se. ______________________ Michael E. Carpenter, Attorney General, and Diane Sleek, _______________________ ____________ Assistant Attorney General, on brief for appellees (Except Appellee Orlando). ____________________ ____________________ Per Curiam. Plaintiff Peter Georgacarakos filed an __________ action against state prison officials and a deputy United States Marshal. He premised his claims on 42 U.S.C. 1983 and the Fifth Amendment. Upon the recommendations of a magistrate judge, the district court granted the motions to dismiss of two of the defendants and the motion for summary judgment of the remaining defendants. We have carefully reviewed the record and the briefs of the parties and affirm the judgment of the district court for essentially the reasons stated in the magistrate judge's Recommended Dispositions of the two motions to dismiss, Docket #27 and #53, and the Recommended Disposition of the motion for summary judgment, docket #54, which the district court judge adopted. Because the magistrate judge's reports were sound and well-grounded in the law, there is no reason for us to repeat his conclusions here. See In re San ___ _________ Juan DuPont Plaza Hotel Fire Litigation, 989 F.2d 36, 38 (1st _______________________________________ Cir. 1993). Affirmed. ________ -3-